**98–483. State v. Sunnycalb.**

Butler App. No. CA97–05–100. Discretionary appeal allowed on Proposition of Law No. I only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.